No. 721. DAVID H. GLASS, APPELLANT, *v.* ALFRED H. WOODMAN ET AL. Appeal from the United States Circuit Court of Appeals for the Eighth Circuit. Motion to dismiss or affirm and petition for writ of certiorari submitted March 13, 1916. Decided March 20, 1916. *Per Curiam:* Dismissed for want of jurisdiction upon the authority of (1) *Bagley* v. *General Fire Extinguisher Co.,* 212 U. S. 477; *Omaha Electric Light & Power Co.* v. *Omaha,* 230 U. S. 123; *St. Anthony Church* v. *Pennsylvania R. R. Co.,* 237 U. S. 575, 576–577; (2) *St. Louis &c. R. R. Co.* v. *Wabash R. R. Co.,* 217 U. S. 247, 250; *Ohio Railroad Commission* v. *Worthington,* 225 U. S. 101, 104; *Shulthis* v. *McDougal,* 225 U. S. 561, 568. The petition for writ of certiorari is denied. *Mr. W. F. Guthrie* and *Mr. Emmet H. Gamble* for the appellant. *Mr. John S. Leahy,* *Mr. Walter H. Saunders* and *Mr. Irvin V. Barth* for the appellee.